[No. 8999-8-II.   Division Two.   April 9, 1987.]

BANNER REALTY, INC., *Appellant*, v. THE DEPARTMENT OF REVENUE, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 85-2-02349-3, Waldo F. Stone, J., entered May 31, 1985. *Affirmed* by unpublished opinion per Utter, J. Pro Tem., concurred in by Foscue and Hamilton, JJ. Pro Tem. Now published at 48 Wn. App. 274.

[No. 8490-2-II.   Division Two.   April 9, 1987.]

WASHINGTON HEARING AID SOCIETY, ET AL, *Appellants*, v. WASHINGTON STATE COUNCIL ON HEARING AIDS, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 84-2-01796-9, Paula Casey, J., entered January 14, 1985. *Affirmed* by unpublished opinion per Pearson, J. Pro Tem., concurred in by Hamilton and Velie, JJ. Pro Tem.

[No. 17713-3-I.   Division One.   April 13, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY LEE WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 85-1-00801-1, David C. Hunter, J., entered December 13, 1985. *Affirmed* by unpublished opinion per Webster, J., concurred in by Swanson and Pekelis, JJ.